UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF SBK ART LLC, Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 To Take Discovery for Use in Foreign Proceedings<br><br>Defendants. | 26-MC-0055 (PAE) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On February 6, 2026, Petitioner SBK ART LLC filed a petition under 28 U.S.C. § 1782 for the issuance of document and deposition subpoenas to HPS Investment Partners ("HPS"), related to ongoing proceedings in Malta, the Netherlands, and the European Union. (ECF 1.) The Honorable Paul A. Engelmayer referred the matter to me. (ECF 5.)

Petitioner is directed to serve HPS with the petition, all supporting papers, and a copy of this Order by **March 6, 2026**, and to file proof of such service on the docket on the same day. HPS's response to the petition, if any, is due by **April 6, 2026**. Petitioner's reply, if any, is due by **April 13, 2026.**

DATED:  February 26, 2026
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge